## ORDER

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

## IT IS ORDERED THAT:

(1) Vaughns' motion for reconsideration is granted.

(2) The October 7, 2005 dismissal order is vacated, the mandate is recalled, and the petition for review is reinstated.

(3) The Office of Personnel Management's brief is due within 40 days of the date of filing of this order.*

James O. VAUGHNS, Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT, Respondent.

No. 05–3253.

United States Court of Appeals, Federal Circuit.

Nov. 23, 2005.

LOURIE, Circuit Judge.

### ORDER

James O. Vaughns moves for reconsideration of the court's October 7, 2005 order dismissing his petition for review for failure to file a brief.

Vaughns has now filed his brief.

Accordingly,

* The court requests that the Office of Personnel Management attach to its brief a copy of the

Victoriano V. RAGADOS, Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT, Respondent.

No. 05–3351.

United States Court of Appeals, Federal Circuit.

Nov. 23, 2005.

Victoriano V. Ragados, pro se.

LOURIE, Circuit Judge.

### ORDER

Victoriano V. Ragados moves for leave to proceed in forma pauperis and submits a Fed. Cir. R. 15(c) statement concerning discrimination. We consider whether we

Merit Systems Protection Board's certified index.